PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court): 7:08CR00209-001

DOCKET NUMBER (Rec. Court):

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Tyrone Deshaun Brown

**DISTRICT:** Western Texas
**DIVISION:** Midland/Odessa

**NAME OF SENTENCING JUDGE:** Honorable Robert Junell

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: November 8, 2013
TO: November 7, 2018

**OFFENSE**

Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Texas__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Texas, Abilene Division__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 3-9-17

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Texas__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 4/20/17

United States District Judge

PROB 22
(Rev. 2/88)

APR 2 2017

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 7:08CR00209-001 |

| DOCKET NUMBER (Rec. Court) |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tyrone Deshaun Brown | Western Texas | Midland/Odessa |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Robert Junell |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM November 8, 2013 | TO November 7, 2018 |
|---|---|---|

**OFFENSE**

Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Texas, Abilene Division** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3-9-17
_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/20/17
_Effective Date_

_United States District Judge_